Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of **Arizona**

**Tucson** Division

Plaintiff(s): **Dave Mazion Hill**

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): **SRS Distribution Inc**

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. **CV-21-370.TUC-CKJ**
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

**Amended** COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: **Dave Mazion Hill**
- Street Address: **6942 E. Calle Orion**
- City and County: **Tucson, Pima**
- State and Zip Code: **Arizona 85710**
- Telephone Number: **520 365-6286**
- E-mail Address: **davehill520@gmail.com**

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. §§ 2000 TO 2000-17   42 U.S.C. §§ 12112 TO 12117

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Dave Marion Hill, is a citizen of the State of *(name)* Arizona.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

D H. Financial compensatio for lost wages.

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   8-30-2022

Signature of Plaintiff   Dave M Hill
Printed Name of Plaintiff   Dave Marion Hill jr

**B.    For Attorneys**

Date of signing: _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____

Im writng in response to my termination that happen on or around 10-23-2020 I was imformed of a training class that I had to attend in tempe Arizona.I reported for work at 500 am and clocked in were given the keys to company truck .apone receiving the key I performed my pre-trip which is peformed on commercial vehicals then I clocked in to the vehical.as instructed I drove from Tuson AZ toTempe AZ for my training I stayed at the training until I was imformed that class was over I clocked into company vehical and drove back to Tucson AZ.were I performed a post-trip on the vehical.at all times istayed in compliance with company policy.It is against federal law for me to operate a commercial vehical whith out doing these inpections.It is also against SRS distribution policy to operate there equipment.i performed my duties whith all the safety precasuions that were in place.The resoning for my termination are a pretexed to the actual truth.there's no way I would have been given a company truck to drive on the highway if these step weren't taken.the branch in Tempe AZ wouldn't have let me perticapate in the class if I didn't have proper safety attire.I performed my duties according to SRS ditrabution policy.I was a supervisor for seven years and a instructor while employed at the company.Whith no prior history of displanary problems.I feel that my termination was personel.Because of the complaints I reported to.Human resorses. I was informed that there would be no retaliation from my complaints.I have a certification from the NCCCO to operate loaders .and cranes. I new the training was a path to my termination.I made sure that I did my job by the company policy.Thank you.

8-30-2022

Dave Marion Hill

Dave M Hill